James A. Secrest, Sheriff of Christian County, Illinois, Plaintiff-Appellee, v. Dwight H. Doss, et al., Defendants-Appellants.

Gen. No. 66–98. 

Fifth District.
April 8, 1967.
Rehearing denied June 9, 1967.

Burger,

Geisler & Fombelle, of Decatur (Norman J. Fombelle, of counsel), for appellants; Rolland F. Tipsword, State's Attorney, of Taylorville, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.